IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| EDWIN LAX,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et. al.<br><br>Defendant. | Case No. 7:26-CV-200 |

**JOINT MOTION TO DISMISS**

Plaintiff filed his complaint on or about July 10, 2026. Dkt. No. 1. Plaintiff's requested relief was for adjudication of the I-130 application he submitted on January 14, 2025. *Id.* at 6, ¶¶ III–IV.

Respondents report that Plaintiff's case has been approved, and his I-130 approval notice is out in the mail.

Therefore, the complaint in this case is now moot.

The parties have conferred and agree this matter should be dismissed WITHOUT PREJUDICE.

Respectfully submitted this 17th day of August, 2026.

(signatures on next page)

SO ORDERED this 13th day
of October, 2026
W. Louis Sands
W. Louis Sands, SR. Judge
United States District Court

WILLIAM R. KEYES
UNITED STATES ATTORNEY

By: */s/ Richard M. Rettig, II*
Richard M. Rettig, II
ASSISTANT UNITED STATES ATTORNEY
Delaware Bar No. 7102
P. O. Box 2568
Columbus, GA 31902
Telephone: 706-649-7733
Facsimile: 706-649-7767
richard.rettig@usdoj.gov

*s/Edwin Lax*
*pro se*
4750 Mac Road, Apt. A24E
Valdosta, GA 31605
Phone: (210) 907-4833
Email: laxedwin726@gmail.com
*Plaintiff*