IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| EDWIN LAX, | * | |
| Petitioner, | * | |
| v. | | Case No. 7:26-cv-200 (WLS-CHW) |
| | * | |
| UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et al., | * | |
| Respondents. | * | |

**J U D G M E N T**

Pursuant to this Court's Order dated October 13, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 14th day of October, 2026.

David W. Bunt, Clerk

s/ Katie Logsdon, Deputy Clerk